COURT OF APPEALS
SECOND DISTRICT
OF TEXAS
FORT WORTH
NO.
2-03-009-CR
 
EX PARTE
DAVID DELGADO
----------
FROM COUNTY CRIMINAL COURT NO. 8 OF TARRANT COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered appellant's
"Motion To Withdraw And Dismiss The Appeal As Moot." The motion
complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P.
42.2(a). No decision of this court having been delivered before we received this
motion, we grant the motion and dismiss the appeal. See id.; Tex. R.
App. P. 43.2(f).
 
                                                                       
PER CURIAM
 
PANEL D: LIVINGSTON, DAUPHINOT, and
HOLMAN, JJ.
 
DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
DELIVERED: MARCH 27, 2003

1. See Tex. R. App. P. 47.4.